JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

TOP OCEAN CONSOLIDATION
SERVICES,

        Plaintiffs,

vs.

CAL-CON TRANSPORTATION
SERVICES,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. CV 07-03839-MMM(CTx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action  and this Order shall not prejudice any party to this action.

DATED: February 29, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE